UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE  11/4/14
       /m3

| | |
|---|---|
| **BOBBY EARL KEYS**<br>**FED. REG. NO. 03344-043** | **CIVIL ACTION NO. 2:13-cv-2806** |
| **VERSUS** | **JUDGE TRIMBLE** |
| **MIKE FRAMER, ET AL** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law;

**IT IS ORDERED** that plaintiff's civil rights action against Charles E. Samuel, Jr., the BOP, and all matters relative to the events that occurred in the Western District of Louisiana is **DISMISSED WITH PREJUDICE**, as frivolous and for failing to state a claim on which relief may be granted pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i) and (ii).

**IT IS ALSO ORDERED** that plaintiff's civil rights action against Stone County, Mississippi, Sheriff Mike Framer be transferred to the United States District Court for the Southern District of Mississippi, Gulfport Division, for further consideration.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Ms. Betty Parker.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this the 4th day of November, 2014.

_____
JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE